TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00405-CV

Jose Chavez, Appellant

v.

Andrew Ramirez, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT

NO. 99-06867, HONORABLE F. SCOTT McCOWN, JUDGE PRESIDING 

 Appellant Jose Chavez and appellee Andrew Ramirez jointly move this Court to
dismiss the appeal. See Tex. R. App. P. 42.1(a)(1). We grant the motion.

 We dismiss the appeal.

 

 J. Woodfin Jones, Justice

Before Justices Jones, Kidd and Patterson

Appeal Dismissed on Joint Motion

Filed: October 14, 1999

Do Not Publish